## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

AMANDA WARD,

    Plaintiff,

v.                                CASE NO: 8:05-cv-2073-T-26TGW

ASSET ACCEPTANCE, LLC.,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that the Motion to Quash Subpoena (Dkt. 19) is denied as moot. On October 2, 2006, this Court entered an endorsed order dismissing this case with prejudice based on the parties' Stipulation for Dismissal with Prejudice. See dockets 17 and 18.

**DONE AND ORDERED** at Tampa, Florida, on October 4, 2006.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record